**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE: 213-629-7768
FACSIMILE 213-624-1376

Gilbert D. Jensen (State Bar No. 061620)
*g.jensen@mpglaw.com*

Attorneys for Defendant FEDERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| REMEC, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>Defendant. | CASE No. CV 09-0868 CW<br><br>**AMENDED JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:          June 23, 2009<br>Time:         2:00 p.m.<br>Courtroom.: 2<br><br>Proposed<br>New Date:  July 7, 2009<br>Time:         2:00 p.m.<br>Courtroom.: 2 |

Pursuant to Civil Local Rule 6-2(a), the Parties submit this Amended Joint Stipulation requesting the Court to continue the Case Management Conference on the following facts:

A Case Management Conference in this matter is currently set for June 23, 2009 at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 92612.

Counsel for Defendant Federal Insurance Company will be out of the country on that date, and will not return to California until June 26, 2009.

In light of the foregoing facts, the Parties to this action hereby stipulate as follows:

The Status Conference previously scheduled for June 23, 2009 be continued to July 7, 2009.

Submitted by:

DATED:  May 1, 2009     PILLSBURY & LEVINSON, LLP

By:  /s/ Eric K. Larson
     Attorneys for Plaintiff
     REMEC, INC., a California corporation,

DATED:  May 1, 2009     MUSICK, PEELER & GARRETT LLP

By:  /s/ Gilbert D. Jensen
     Attorneys for Defendant
     FEDERAL INSURANCE COMPANY

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

633536.1

CV 09-0868 CW
AMENDED JOINT STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE

## ORDER

The Court, having reviewed and considered the Joint Stipulation by Plaintiff REMEC, Inc., and Defendant Federal Insurance Company requesting a continuance of the June 23, 2009 Case Management Conference, and finding good cause for the requested continuance:

**IT IS ORDERED** the Case Management Conference be continued to July 7, 2009 at 2:00 p.m. in Courtroom 2.

DATED: May 5, 2009

**Honorable CLAUDIA WILKEN**