Philip L. Pillsbury, Jr. (SBN 72261)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone:  (415) 433-8000
Facsimile:   (415) 433-4816

Email: ppillsbury@pillsburylevinson.com
         rlarson@pillsburylevinson.com

Attorneys for Plaintiff
REMEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REMEC, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FEDERAL INSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 09-00868-CW<br><br>**STIPULATION AND ORDER RE HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Before the Honorable Claudia Wilken |

　　　　Plaintiff REMEC, Inc. ("REMEC") and Defendant Federal Insurance Company ("Federal") stipulate with regard to the following facts:

　　　　1.　　In its July 13, 2009 Case Management Order, the Court set the parties' cross-motions for summary judgment for hearing on October 15, 2009, and referred the matter for a settlement conference to be held on or before October 14, 2009.

　　　　2.　　Magistrate Judge James Larson set a settlement conference for September 30, 2009, a date on which REMEC's representative is unavailable.

-1-

STIPULATION AND [PROPOSED] ORDER RE HEARING　　　　　　　　　　　　　　Case No. CV 09-00868-CW
ON MOTION FOR SUMMARY JUDGMENT

3. The parties rescheduled the settlement conference to the next available date on Magistrate Judge Larson's calendar: October 16, 2009.

4. Accordingly, the parties request a one-week continuance of the hearing on motions for summary judgment so that the settlement conference occurs before the hearing. The briefing schedule shall remain the same.

5. Therefore, the parties stipulate to reschedule the following hearing date to October 22, 2009 at 2:00 p.m.

SO STIPULATED.

Dated: July 21, 2009                        PILLSBURY & LEVINSON, LLP


By:  /s/ *Eric K. Larson*
    Philip L. Pillsbury, Jr.
    Eric K. Larson
    Attorneys for Plaintiff
    REMEC, INC.


Dated: July 21, 2009                        MUSICK, PEELER & GARRETT LLP


By:  /s/ *Gilbert D. Jensen*
    Gilbert D. Jensen
    Attorneys for Defendant
    FEDERAL INSURANCE COMPANY


SO ORDERED.

DATE: 7/27/09

_____
UNITED STATES DISTRICT JUDGE

-2-

STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTION FOR SUMMARY JUDGMENT                    Case No. CV 09-00868-CW