Philip L. Pillsbury, Jr. (SBN 72261)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816

Email: ppillsbury@pillsburylevinson.com
rlarson@pillsburylevinson.com

Attorneys for Plaintiff
REMEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REMEC, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 09-00868-CW (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SETTLEMENT CONFERENCE DATE**<br><br>Before Magistrate Judge James Larson |

Plaintiff REMEC, Inc. and Defendant Federal Insurance Company stipulate to reschedule the Settlement Conference currently set for September 30, 2009 at 2:00 p.m. to October 16, 2009 at 10:00 a.m.

/ / /

/ / /

/ / /

-1-

STIPULATION AND [PROPOSED] ORDER RESCHEDULING
SETTLEMENT CONFERENCE DATE

Case No. CV 09-00868-CW (JL)

1  SO STIPULATED.

2  Dated:  July 21, 2009                                    PILLSBURY & LEVINSON, LLP

4                                                    By:  /s/ *Eric K. Larson*
                                                          Philip L. Pillsbury, Jr.
5                                                         Eric K. Larson
                                                          Attorneys for Plaintiff
6                                                         REMEC, INC.

8  Dated: July 21, 2009                                     MUSICK, PEELER & GARRETT LLP

10                                                   By:  /s/ *Gilbert D. Jensen*
                                                          Gilbert D. Jensen
11                                                        Attorneys for Defendant
                                                          FEDERAL INSURANCE COMPANY

13  SO ORDERED.

15  DATE:  August 5, 2009                            _____
                                                     UNITED STATES MAGISTRATE JUDGE

-2-

STIPULATION AND [PROPOSED] ORDER RESCHEDULING           Case No. CV 09-00868-CW (JL)
SETTLEMENT CONFERENCE DATE